

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

CamargoCopeland Architects, L.L.P.,
Appellant

No. 06-13-00079-CV         v.

CRT Signature Place, L.P., Appellee

Appeal from the 68th District Court of Dallas County, Texas (Tr. Ct. No. DC-12-09362).    Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, CamargoCopeland Architects, L.L.P., pay all costs of this appeal.

RENDERED DECEMBER 11, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk